**STATEMENT OF FACTS**

On Sunday, August 2, 2020, at approximately 5:30 p.m., members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (7D CST) were on patrol in the 800 block of Chesapeake Street Southeast in Washington, D.C. when they observed an individual, later identified as Kyre Fields (Defendant Fields). Officers Dean, Sfoglia and Sullivan all observed an "L" shaped object, which they believed to be a firearm, in the front pocket of the pants worn by Defendant Fields and communicated it to one another. Officers got out of the vehicle and as they approached Defendant Fields, he immediately began to flee on foot. Officers instructed Defendant Fields to stop, while he continued to run. While continuing to flee on foot, officers observed Defendant Fields remove the pistol from his pants and run with it in his right hand. Officers observed Defendant Fields throw the pistol up in the air. One officer stayed with the pistol while the others continued to chase Defendant Fields. Defendant Fields was apprehended a short time later in the rear of 823 Chesapeake Street Southeast and placed under arrest.

A law enforcement database search of Defendant Fields revealed that there was an open United States Marshals warrant for Prisoner Escape, warrant number W091249030, dated 7/1/2020 for Defendant Fields.

The firearm that officers observed being discarded by Defendant Fields was recovered and determined to be a Smith & Wesson, model M&P, .9 millimeter semiautomatic handgun with a serial number of HYW4344. When it was recovered, it was loaded with one (1) round in the chamber and thirteen (13) rounds in a sixteen (16) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Fields through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the United States District Court for the District of Columbia for Felon in Possession of a Firearm, case number 18-CR-176. The defendant was sentenced to nineteen (19) months incarceration and thirty-six (36) months of supervised released to follow for this offense. Additionally, the defendant has a conviction in the Superior Court for the District of Columbia for Attempt Robbery and Carrying a Pistol without a License, case number 2017 CF3 18976. The defendant was sentenced to eighteen (18) months for these offenses. This conviction in the Superior Court for the District of Columbia was under the Youth Rehabilitation Act; however, it was not successfully completed and Defendant Fields did not receive the benefits of the Youth Rehabilitation Act for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had prior convictions for crimes punishable by more than one year.

_____
OFFICER BRANDON DEAN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of August, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE